## MONK v. COWAN TRANSPORTATION, INC.

[345 N.C. 492 (1997)]

EVA MAE MONK, PLAINTIFF v. COWAN TRANSPORTATION, INC., TY PRUITT DIVISION, AND JAMES ATWOOD McCAIN, DEFENDANTS, AND COWAN TRANSPORTATION, INC. AND JAMES ATWOOD McCAIN, THIRD-PARTY PLAINTIFFS v. PAULETTE HERMAN CHURCH, ADMINISTRATRIX OF THE ESTATE OF CHARLES KEITH HERMAN, THIRD-PARTY DEFENDANT

No. 120PA96

(Filed 10 February 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 121 N.C. App. 588, 468 S.E.2d 407 (1996), reversing summary judgment entered on 7 November 1994 by Caldwell, J., at the`17 October 1994 Session of Superior Court, Mecklenburg County, and remanding the case for a trial on the merits. Heard in the Supreme Court 14 November 1996.

*Pulley, Watson, King & Lischer, P.A., by Richard N. Watson, Julie Cheek Woodmansee, and Stella A. Boswell, for plaintiff-appellee.*

*Kennedy Covington Lobdell & Hickman, L.L.P., by F. Fincher Jarrell, for defendant-appellants.*

PER CURIAM.

The Court agrees with the holding of the opinion of the Court of Appeals that the judgment of the trial court should be reversed and the cause remanded for trial on the merits. However, we specifically disavow the language in the Court of Appeals' opinion holding that no genuine issue of material fact exists as to the actual ownership of the vehicle.

AFFIRMED.